# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER BRIDGES, ET AL. § <br> § <br> Plaintiffs § <br> § <br> V. § <br> § CIVIL ACTION NO. _____ <br> § <br> THE METHODIST HOSPITAL § <br> D/B/A THE METHODIST § <br> HOSPITAL SYSTEM, AND § <br> HOUSTON METHODIST THE § <br> WOODLANDS HOSPITAL § <br> § <br> Defendants. § | |

**EXHIBIT B – INDEX OF ALL MATTERS BEING FILED**

Pursuant to S.D. Tex. L. Civ. R. 81(5), Defendants The Methodist Hospital d/b/a Houston Methodist Hospital and Houston Methodist The Woodlands Hospital submit the following index of all matters being filed:

1. Defendants' Notice of Removal;

2. Exhibit A – Plaintiffs' Original Petition;

3. Exhibit B – Index of All Matters Being Filed;

4. Exhibit C – Docket Sheet; and

5. Exhibit D – List of All Counsel Of Record.

1

Respectfully submitted,

By: */s/ Daniel Patton*
    Daniel Patton
    Federal Bar No. 26200
    Texas Bar No. 24013302
    *dpatton@scottpattonlaw.com*

    ATTORNEY IN CHARGE FOR
    DEFENDANTS

OF COUNSEL:

Michael Twomey
Federal Bar No. 608043
Texas Bar No. 24070776
*mtwomey@scottpattonlaw.com*
Drew Barber
Federal Bar No. 3089408
Texas Bar No. 24101483
*dbarber@scottpattonlaw.com*
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone:    (281) 377-3311
Fax:    (281) 377-3267

2