# Exhibit C

# REGISTER OF ACTIONS
### CASE NO. 21-06-07552

Jennifer Bridges, Bob Nevens, Maria Trevino, Ricardo Zelante, Latrcia Blank, Bennie Lopez, Tammy Linkenhoker, Madeline Dib, Hunter Ward, Amber Kimich, Alison Antu, Betty Samuel, Victoria Webb, Edna Barrera, Joseph Hoyt, Priscilla Lara, Kara Shepherd, Gilberto Lara, Luz Hernandez, Ashley Heinrich, Katie Yarber, Jennifer Warren, Joann Creamer, Tatyana Lazarenko, Randi Vincent, Ana Escobar, Adriana Galvan, Starla Haugenater, Jade Hernandez, Laura Bowden, Monica Estrella, Alexis Lopez, Katharine Brol, Charles Vargnese, Arlin Cameron, Ashton Hanley, Ashley Leon, Judith Andriko, Mona Wilson, Julie Torre, Stacey Hanzelka, Sara Pika, Latasha Woods, Celina Elvir, Giovanni Savans, Brian Felgere, Nicole Smith, Jonae Powell, Tara Hsnsen, Terah Trevino, Stephanie Dunlap, Pamela Robins, Brenda Escobar, Pierre Charland, James McCann, II , Michelle Fuentes, Cherri Mosley, Ahmed Montgomery, Amanda Blanton, John Lasseigne, Linda Pickard, Dana Janoch, Dajuana Armstrong, Averi Reed, Amber Baker, James Smiley, Darius Gardner, Karene Tanner, Mckenli Pinkney, Saul Rodriguez, Brooke Lighthall, Lorri Curto, Kimberly Rensi, Mary Apacway, Mathea Volesky, Santana Henderson-Jones, Kim Mikeska, Brandy Mann, Laurica Wooten, Leevetra Seals, Christina Pineros, Brian Clegg, Katherine Sweitzer, Norma Miller, Carmen LaTorre, Freenea Stewart VS. The Methodist Hospital D/B/A The Methodist Hospital System, Methodist Health Centers d/b/a Houston Methodist The Woodlands Hospital §§§§§§

Case Type: **Other Civil Case >$100,000 but <$200,000**
Date Filed: **05/28/2021**
Location: **457th Judicial District Court**

---

## PARTY INFORMATION

|  |  | **Attorneys** |
|---|---|---|
| **Defendant** | **Methodist Health Centers d/b/a Houston Methodist The Woodlands Hospital**<br>17201 Interstate 45<br>The Woodlands, TX 77385 |  |
| **Defendant** | **The Methodist Hospital D/B/A The Methodist Hospital System**<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |  |
| **Plaintiff** | **Andriko, Judith** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Antu, Alison** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Apacway, Mary** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Armstrong, Dajuana** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Baker, Amber** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Barrera, Edna** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Blank, Latrcia** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |

| | | |
|---|---|---|
| **Plaintiff** | **Blanton, Amanda** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Bowden, Laura** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Bridges, Jennifer** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Brol, Katharine** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Cameron, Arlin** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Charland, Pierre** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Clegg, Brian** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Creamer, Joann** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Curto, Lorri** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Dib, Madeline** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Dunlap, Stephanie** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Elvir, Celina** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Escobar, Ana** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Escobar, Brenda** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Estrella, Monica** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Felgere, Brian** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |

| | | |
|---|---|---|
| **Plaintiff** | **Fuentes, Michelle** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Galvan, Adriana** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Gardner, Darius** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Hanley, Ashton** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Hanzelka, Stacey** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Haugenater, Starla** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Heinrich, Ashley** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Henderson-Jones, Santana** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Hernandez, Jade** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Hernandez, Luz** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Hoyt, Joseph** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Hsnsen, Tara** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Janoch, Dana** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Kimich, Amber** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Lara, Gilberto** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Lara, Priscilla** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |

| | | |
|---|---|---|
| **Plaintiff** | **Lasseigne, John** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **LaTorre, Carmen** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Lazarenko, Tatyana** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Leon, Ashley** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Lighthall, Brooke** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Linkenhoker, Tammy** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Lopez, Alexis** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Lopez, Bennie** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Mann, Brandy** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **McCann, James, II** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Mikeska, Kim** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Miller, Norma** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Montgomery, Ahmed** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Mosley, Cherri** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Nevens, Bob** | **Jared Woodfill**<br>*Retained*<br>713-751-3080(W) |
| **Plaintiff** | **Pickard, Linda** | **Jared Woodfill**<br>*Retained* |

| | | |
|---|---|---|
| **Plaintiff** | Pika, Sara | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Pineros, Christina | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Pinkney, Mckenli | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Powell, Jonae | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Reed, Averi | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Rensi, Kimberly | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Robins, Pamela | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Rodriguez, Saul | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Samuel, Betty | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Savans, Giovanni | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Seals, Leevetra | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Shepherd, Kara | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Smiley, James | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Smith, Nicole | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Stewart, Freenea | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | Sweitzer, Katherine | **Jared Woodfill** |

| | | |
|---|---|---|
| **Plaintiff** | **Tanner, Karene** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Torre, Julie** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Trevino, Maria** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Trevino, Terah** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Vargnese, Charles** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Vincent, Randi** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Volesky, Mathea** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Ward, Hunter** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Warren, Jennifer** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Webb, Victoria** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Wilson, Mona** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Woods, Latasha** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Wooten, Laurica** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Yarber, Katie** | **Jared Woodfill** *Retained* 713-751-3080(W) |
| **Plaintiff** | **Zelante, Ricardo** | **Jared Woodfill** *Retained* 713-751-3080(W) |

E<small>VENTS</small> & O<small>RDERS OF THE</small> C<small>OURT</small>

**OTHER EVENTS AND HEARINGS**
05/28/2021 **Original Petition (OCA)**
05/28/2021 **E-Filed Original Petition Document**

## Financial Information

| | | |
|---|---|---|
| **Plaintiff** Bridges, Jennifer | | |
| Total Financial Assessment | | 383.00 |
| Total Payments and Credits | | 383.00 |
| **Balance Due as of 06/01/2021** | | **0.00** |
| 06/01/2021 Transaction Assessment | | 383.00 |
| 06/01/2021 E-File Electronic Payment   Receipt # 2021-300135 | Bridges, Jennifer | (383.00) |