# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER BRIDGES, ET AL. | § § § | |
| Plaintiffs | § § | |
| V. | § § | CIVIL ACTION NO. _____ |
| THE METHODIST HOSPITAL D/B/A THE METHODIST HOSPITAL SYSTEM, AND HOUSTON METHODIST THE WOODLANDS HOSPITAL | § § § § § § | |
| Defendants. | § | |

## EXHIBIT D – LIST OF ALL COUNSEL OF RECORD

Pursuant to S.D. Tex. L. Civ. R. 81(6), Defendants The Methodist Hospital d/b/a Houston Methodist Hospital and Houston Methodist The Woodlands Hospital submit the following List of All Counsel of Record:

**Jared R. Woodfill**
Texas Bar No. 00788715
*jwoodfill@woodfilllaw.com*
*woodfillservice@gmail.com*
WOODFILL LAW FIRM, P.C.
3 Riverway, Suite 750
Houston, Texas 77056
Phone:         (713) 751-3080
Fax:              (713) 751-3058
**Attorney For Plaintiffs:**
    1.     Bridges, Jennifer
    2.     Nevens, Bob
    3.     Trevino, Maria
    4.     Zelante, Ricardo
    5.     Blank, Latricia
    6.     Lopez, Bennie
    7.     Linkenhoker, Tammy
    8.     Dib, Madeline

9. Ward, Hunter
10. Kimich, Amber
11. Antu, Alison
12. Samuel, Betty
13. Webb, Victoria
14. Barrera, Edna
15. Hoyt, Joseph
16. Lara, Priscilla
17. Shepherd, Kara
18. Lara, Gilberto
19. Hernandez, Luz
20. Heinrich, Ashley
21. Yarber, Katie
22. Warren, Jennifer
23. Creamer, Joann Crump
24. Lazarenko, Tatyana
25. Vincent, Randi
26. Escobar, Ana
27. Galvan, Adriana
28. Haugenator, Starla
29. Hernandez, Jade
30. Bowden, Laura
31. Estrella, Monica
32. Lopez, Alexis
33. Brol, Katharine
34. Vargnese, Charles
35. Cameron, Arlin
36. Hanley, Ashton
37. Leon, Ashley
38. Andriko, Judith
39. Wilson, Mona
40. De Torre, Julie
41. Hanzelka, Stacey
42. Pika, Sara
43. Woods, Latasha
44. Clvir, Celina
45. Savans, Giovanni
46. Felgere, Brian
47. Smith, Nicole
48. Powell, Jonae
49. Hansen, Tara
50. Trevino, Terah
51. Dunlap, Stephanie
52. Robins, Pamela

53. Escobar, Brenda
54. Charland, Pierre
55. McCann II, James
56. Fuentes, Michelle
57. Mosley, Cherri
58. Montgomery, Ahmed
59. Blanton, Amanda
60. Lasseigne, John
61. Pickard, Linda
62. Janoch, Dana
63. Armstrong, Dajuana
64. Reed, Averi
65. Baker, Amber
66. Smiley, James
67. Gardner, Darius
68. Tanner, Karene
69. Pinkney, McKenli
70. Rodriguez, Saul
71. Lighthall, Brooke
72. Curto, Lorri
73. Rensi, Kimberly
74. Apacway, Mary
75. Volesky, Mathea
76. Henderson-Jones, Santana
77. Mikeska, Kim
78. Mann, Brandy
79. Wooten, Laurica
80. Seals, Leevetgra
81. Pineros, Christina
82. Clegg, Brian
83. Sweitzer, Katherine
84. Miller, Norma
85. LaTorre, Carmen
86. Stewart, Freenea
87. Porche, Theresa
88. Baugh, Debra
89. Hollier, Sharon
90. Hanlon, Samantha
91. Essler, Teryn
92. Witt, Karen
93. Hinton, Jeffrey
94. Lavespere, Angela
95. Dockray, Sierra
96. Altamirano, Sandra

97. Brockus, John
98. Morin, Robert
99. Zamudio, Oscar
100. Strauss, Cynthia
101. Mendez, Rogelio
102. Hanson, Savannah
103. Jimenez, Jason
104. Williams, Alexandra
105. Hilton, Stephanie
106. Mejia, Elsa
107. Herin, Shauna
108. Herin, Paul
109. Jackson, Shaylonda
110. Curry, Zoretta
111. Puente, Cynthia
112. Colbert, Sherry
113. Fontenot, Rebekah
114. Aldaya, Rose
115. Rosilez, Timothy
116. Infantes, Walter

**Daniel Patton**
Federal Bar No. 26200
Texas Bar No. 24013302
*dpatton@scottpattonlaw.com*
**Michael Twomey**
Federal Bar No. 608043
Texas Bar No. 24070776
*mtwomey@scottpattonlaw.com*
**Drew Barber**
Federal Bar No. 3089408
Texas Bar No. 24101483
*dbarber@scottpattonlaw.com*
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone: (281) 377-3311
Fax: (281) 377-3267

Attorneys for Defendants The Methodist Hospital d/b/a Houston Methodist Hospital and Houston Methodist The Woodlands Hospital

Respectfully submitted,

By: /s/ *Daniel Patton*
    Daniel Patton
    Federal Bar No. 26200
    Texas Bar No. 24013302
    *dpatton@scottpattonlaw.com*

    ATTORNEY IN CHARGE FOR
    DEFENDANTS

OF COUNSEL:

Michael Twomey
Federal Bar No. 608043
Texas Bar No. 24070776
*mtwomey@scottpattonlaw.com*
Drew Barber
Federal Bar No. 3089408
Texas Bar No. 24101483
*dbarber@scottpattonlaw.com*
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone:    (281) 377-3311
Fax:    (281) 377-3267