

I'm excited to announce a special Houston Methodist R&R Bonus for all eligible employees, which includes

## One extra day of PTO plus a $1,000 bonus!

In the military, R&R means rest and recuperation and is granted to soldiers who need to rejuvenate and take a break from stressful times. Like soldiers, for the last 15 months, you've worked tirelessly to serve and protect our COVID-19 and non-COVID-19 patients. It's not an exaggeration to say that you are true heroes, but even heroes need to rest. With numbers of COVID-19 patients trending down and more people getting vaccinated, I hope this bonus will help you relax with your family and friends and enjoy some downtime this summer. The bonus will be paid on July 2 to eligible employees. You'll receive more information on eligibility from HR later today.

**For the rest of the summer, Houston Methodist will show you our heartfelt appreciation with fun activities, contests, giveaways and resources to help you rest and recuperate.**

Houston Methodist has been a true leader locally and nationally in our fight against COVID-19, whether it was in patient care or research. We have shown time after time what leading medicine is all about — and we could not have accomplished all this without you.

