

I'm excited to announce a special Houston Methodist R&R Bonus for all eligible employees, which includes

## One extra day of PTO plus a $1,000 bonus!

In the military, R&R means rest and recuperation and is granted to soldiers who need to rejuvenate and take a break from stressful times. Like soldiers, for the last 15 months, you've worked tirelessly to serve and protect our COVID-19 and non-COVID-19 patients. It's not an exaggeration to say that you are true heroes, but even heroes need to rest. With numbers of COVID-19 patients trending down and more people getting vaccinated, I hope this bonus will help you relax with your family and friends and enjoy some downtime this summer. The bonus will be paid on July 2 to eligible employees. You'll receive more information on eligibility from HR later today.

### For the rest of the summer, Houston Methodist will show you our heartfelt appreciation with fun activities, contests, giveaways and resources to help you rest and recuperate.

Houston Methodist has been a true leader locally and nationally in our fight against COVID-19, whether it was in patient care or research. We have shown time after time what leading medicine is all about — and we could not have accomplished all this without you.



PLAINTIFF'S EXHIBIT
E