# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ DePena ☐ Troutman |
| DATE | June 4, 2021 |
| TIME | 2:02 p.m. — 2:42 p.m. |
| CIVIL ACTION | H — 21 — 1774 |
| STYLE | Jennifer Bridges et al. *versus* Methodist Hospital d/b/a The Methodist Hospital System, and Houston Methodist The Woodlands Hospital |

**DOCKET ENTRY**

☐ Conference, ☑ Hearing, Day ____ ☐ Bench ☐ Jury Trial  Reporter: Warner

| | | |
|---|---|---|
| Jared Woodfill | for | Jennifer Bridges |
| Don Patton, Michael Twomey, Andrew Barbar, Brooke Jones | for | Methodist Hospital |
| | for | |
| | for | |

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

07-2019