UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jennifer Bridges, *et al.*, § § Plaintiffs, § § versus § § Houston Methodist Hospital, *et al.*, § § Defendants. § | Civil Action H-21-1774 |

## Order to Move

1. By June 8, 2021, Houston Methodist Hospital may move dispositively.

2. By June 10, 2021, the plaintiffs may respond.

3. A hearing on the motion will be set for:

    June 11, 2021,
    at 1:30 p.m.
    Courtroom 11-C, Eleventh Floor
    515 Rusk Avenue
    Houston, Texas, 77002.

Signed on June 4, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge