UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jennifer Bridges, et al., § § § Plaintiffs, § § versus § § Houston Methodist Hospital, et al., § § Defendants. § | Civil Action H-21-1774 |

## Order Denying Temporary Restraint

1. Houston Methodist Hospital announced a policy requiring employees be vaccinated against COVID-19 by June 7, 2021. Jennifer Bridges and 115 other employees sued, arguing that the hospital is forcing its employees to be injected with one of the currently-available vaccines or be fired.

2. On June 4, 2021, the plaintiffs moved to enjoin the hospital from enforcing the vaccination deadline. To obtain a temporary restraining order, the plaintiffs must show: (a) substantial likelihood of success on the merits; (b) a substantial threat of immediate and irreparable harm for which it has no adequate remedy at law; (c) that greater injury will result in denying the temporary restraining order than from granting it; and (d) that a temporary restraining order will not disserve the public interest. None of these are met in this case.

3. Assuming that there is a substantial likelihood of success on the merits, the plaintiffs have an adequate remedy at law. If they are wrongfully terminated, the plaintiffs can sue the hospital on those grounds to recover monetary damages.

4.  Greater injury will result from denying the temporary restraining order than from granting it, and a temporary restraining order will disserve the public interest. The public's interest in having a hospital capable of caring for patients during a pandemic far outweighs protecting the vaccination preferences of 116 employees. The plaintiffs are not just jeopardizing their own health; they are jeopardizing the health of doctors, nurses, support staff, patients, and their families.

5.  The motion for temporary restraining order is denied. (6, 7)

Signed on June 4, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge