# While the pandemic isn't over yet, seeing your Houston Methodist doctor is still smart — and safe.

No matter what's going on in the world, taking care of your health should always be a priority. At Houston Methodist, our primary and specialty care doctors are available to provide expert care for you and your family — safely. And we are taking it one step further to protect you: Houston Methodist will require all employees and employed physicians to get a COVID-19 vaccine. See your doctor virtually or in person, or use Virtual Urgent Care for 24/7 on-demand video visits.

**Schedule an appointment today.**

houstonmethodist.org/care-options
713.790.3333

HOUSTON Methodist
LEADING MEDICINE

6445 Main St.
Houston, TX 77030

If you prefer not to receive future communication from Houston Methodist, please email optout@houstonmethodist.org or call 713.790.3333.

# YOUR HEALTH IS STILL IMPORTANT

HOUSTON
Methodist®
LEADING MEDICINE



Scan to schedule an appointment.



PLAINTIFF'S EXHIBIT D