IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER BRIDGES, ET AL. | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:21-cv-01774 |
| THE METHODIST HOSPITAL | § | |
| D/B/A HOUSTON METHODIST | § | |
| HOSPITAL, AND HOUSTON | § | |
| METHODIST THE WOODLANDS | § | |
| HOSPITAL | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' OBJECTION AND MOTION TO STRIKE EXHIBITS ATTACHED TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants The Methodist Hospital d/b/a Houston Methodist Hospital and Houston Methodist The Woodlands Hospital ("Houston Methodist") object to and move to strike Exhibits 1–6 submitted by Plaintiffs with their Opposition[1] to Houston Methodist's Motion to Dismiss.

As the Court is well aware, in determining whether to grant a motion to dismiss, a court must not go outside the pleadings.[2] A court "cannot consider extrinsic evidence in ruling on a Rule 12(b)(6) motion to dismiss."[3] Houston Methodist therefore requests the Court sustain

---

[1] Dkt. 13.

[2] *See Khurana v. Innovative Health Care Sys., Inc.*, 130 F.3d 143, 147 (5th Cir. 1997).

[3] *Baker v. Putnal,* 75 F.3d 190, 196 (5th Cir. 1996).

1

its objection and strike Exhibits 1–6 from consideration on Houston Methodist's Motions to Dismiss.

                                                   Respectfully submitted,

                                  By: */s/ Daniel Patton*
                                       Daniel Patton
                                       Federal Bar No. 26200
                                       Texas Bar No. 24013302
                                       dpatton@scottpattonlaw.com

                                   ATTORNEY IN CHARGE FOR DEFENDANTS

OF COUNSEL:

Michael Twomey
Federal Bar No. 608043
Texas Bar No. 24070776
mtwomey@scottpattonlaw.com
Drew Barber
Federal Bar No. 3089408
Texas Bar No. 24101483
dbarber@scottpattonlaw.com
**SCOTT PATTON PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone:  (281) 377-3311
Fax:     (281) 377-3267

## CERTIFICATE OF SERVICE

     I certify that on June 11, 2021, a true and correct copy of this pleading was served on all counsel of record by the Court's ECF filing system.

                                                */s/ Daniel Patton*
                                                Daniel Patton