IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JENNIFER BRIDGES**, *et al* § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | Civil Action No. 4:21-CV-01774 |
| § | |
| **THE METHODIST HOSPITAL D/B/A THE** § | |
| **METHODIST HOSPITAL SYSTEM, AND** § | |
| **HOUSTON METHODIST THE WOODLANDS** § | |
| **HOSPITAL,** § | |
| § | |
| **Defendants.** § | |

### PLAINTIFFS' SUPPLEMENT TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

JENNIFER BRIDGES, *et al*. ("Plaintiffs") in the above-referenced cases and file this Supplement to Emergency Motion for Temporary Restraining Order against THE METHODIST HOSPITAL D/B/A THE METHODIST HOSPITAL SYSTEM and HOUSTON METHODIST THE WOODLANDS HOSPITAL ("Defendants"). Plaintiffs offer the following exhibits:

1. The Declaration of Dr. Peter McCullough
2. The Declaration of Jennifer Bridges

The Plaintiffs request the Court to reconsider the TRO in light of this evidence.

Respectfully submitted,

*/s/ Jared R. Woodfill*
Jared R. Woodfill
State Bar No. 00788715
Federal Bar No. 17069
WOODFILL LAW FIRM, P.C.
3 Riverway, Suite 750
Houston, Texas 77056
Tel: (713) 751-3080
Fax: (713) 751-3058
woodfillservice@gmail.com (service)
jwoodfill@woodfilllaw.com (non-service)
*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on June 11, 2021.

                                            */s/ Jared R. Woodfill*
                                            Jared R. Woodfill