IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JENNIFER BRIDGES, *et al* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil Action No. 4:21-CV-01774 |
| | § | |
| THE METHODIST HOSPITAL D/B/A THE | § | |
| METHODIST HOSPITAL SYSTEM, AND | § | |
| HOUSTON METHODIST THE WOODLANDS | § | |
| HOSPITAL, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF JENNIFER BRIDGES

I, Jennifer Bridges, hereby declare:

1. I am over 18 years of age, of sound mind, and in all ways capable of making this Declaration. The facts stated in this declaration are within my personal knowledge and are true and correct. I could and would testify competently to these facts if called upon to do so.

2. I have been employed as a registered nurse at Methodist Hospital since November of 2014. It is my only form of income. I need this income to help support my family.

3. During my employment as a registered nurse for Methodist Hospital, I treated many patients who were positive for COVID-19. As a result, I contracted and eventually recovered from COVID-19.

4. I learned in April 2021 that my employer was mandating the COVID-19 investigational vaccine. I am not comfortable taking that vaccine for numerous reasons, but mainly because it is still investigational, and I did not want to be a part of a clinical trial. However, I faced the proposition of losing my job for not agreeing to be a human subject in a clinical trial. I feel like Methodist was attempting to coerce me or use undue influence to make me participate in the clinical trial for the vaccines. I was threatened by numerous Methodist executives, including the CEO and CNO of Methodist Hospital, Baytown, Texas. Among other things, I was reprimanded for letting others know I would not participate in the investigational vaccine trial. I was also reprimanded for asking others whether they agreed with the Methodist Mandatory COVID-19 Vaccination Policy.

5. On June 8, 2021, I was suspended for two weeks without pay. In the interim, I was told by representatives of Methodist that if I take the investigational COVID-19 vaccine, I will be

1



reinstated.

6. Attached is Exhibit A to my declaration. a human resources form sent to me on Monday, June 7, 2021 suspending me for failure to take the investigational vaccine.

7. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 10, 2021

_____
Jennifer Bridges

2