Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ DePena    ☐ Troutman |
| DATE | June 11, 2021 |
| TIME | 1:37 p.m. — 2:55 p.m. |
| CIVIL ACTION | H — 21 — 1774 |
| STYLE | Jennifer Bridges et al. versus Houston Methodist Hospital |

DOCKET ENTRY

☐ Conference,  ☑ Hearing,  Day _____   ☐ Bench   ☐ Jury Trial   Reporter: Smith

Jared Ryker Woodfill _____ for Jennifer Bridges et al.
Daniel Patton, Michael Twonty, Andrew Barber, Brooke Jones for Houston Methodist et al.
_____ for _____
_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☑ Argument heard on: Motion to dismiss

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

07-2019