United States District Court　　Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Jennifer Bridges, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-21-1774 |
| Houston Methodist Hospital, *et al.*, | § § | |
| Defendants. | § | |

## Final Dismissal

1. Jennifer Bridges, Bob Nevens, Maria Trevino, Ricardo Zelante, Latricia Blank, Bennie Lopez, Tammy Linkenhoker, Madeline Dib, Hunter Ward, Amber Kimich, Alison Antu, Betty Samuel, Victoria Webb, Edna Barrera, Josephn Hoyt, Priscilla Lara, Kara Shepard, Gilberto Lara, Luz Hernandez, Ashley Heinrich, Katie Yarber, Jennifer Warren, Joann Creamer, Tatyana Lazarenko, Randi Vincent, Ana Escobar, Adriana Galvan, Starla Haugenator, Jade Hernandez, Laura Bowden, Monica Estrella, Generia McGraw, Alexis Lopez, Katharine Brol, Charles Vargnese, Arlin Cameron, Ashton Hanley, Ashley Leon, Judith Andriko, Mona Wilson, Julie De Torre, Stacey Hanzelka, Sara Pika, Latasha Woods, Celina Clvir, Giovanni Savans, Brian Felgere, Nicole Smith, Jonae Powell, Tara Hansen, Terah Trevino, Stephanie Dunlap, Pamela Robins, Brenda Escobar, Pierre Charland, James McCann, Michelle Fuentes, Cherri Mosley, Ahmed Montgomery, Amanda Blanton, John Lasseigne, Linda Packard, Dana Janoch, Dajuana Armstrong, Averi Reed, Amber Baker, James Smiley, Darius Gardner, Karene Tanner, McKenli Pinkney, Saul Rodriguez, Brook Lighthall, Lorri Curto, Kimberly Rensi, Mary Apacway, Mathea Volesky, Snatana Henderson-Jones, Kim Mikeska, Brandy Mann, Laurica Wooten, Leevetra Seals, Christina Pineros, Brian Clegg, Katherine Sweitzer, Norma

Miller, Carmen LaTorre, Freenea Stewart, Theresa Porche, Debra Baugh, Sharon Hollier, Samantha Hanlon, Teryn Essler, Karen Witt, Jeffrey Hinton, Angela Lavespere, Yolanda Milton, Sierra Dockray, Sandra Altamirano, John Brokus, Robert Morin, Oscar Zamudio, Cynthia Strauss, Rogelio Mendez, Savannah Hansen, Jason Jimenez, Alexandra Williams, Stephanie Hilton, Elsa Mejia, Shauna Herin, Phil Herin, Paul Herin, Shaylonda Jackson, Zoretta Curry, Cynthia Puente, Sherry Colbert, Rebekah Fontenot, Rose Aldaya, Timothy Rosilez, Walter Infantes, James Borje, Generia McGraw, Janet Robinson, Yulanda Mitlon, and Maria Serrano take nothing from Houston Methodist Hospital and Houston Methodist The Woodlands Hospital. (11)(15)

2. Because it was an improper attempt to introduce expert testimony, the declaration by Peter McCullough (16-1) is struck.

Signed on June 12, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge