IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER BRIDGES, *et al* § <br> § <br>    **Plaintiffs,** § <br> § <br> **V.** § <br> § <br> **THE METHODIST HOSPITAL D/B/A THE** § <br> **METHODIST HOSPITAL SYSTEM, AND** § <br> **HOUSTON METHODIST THE WOODLANDS** § <br> **HOSPITAL,** § <br> § <br> **Defendants.** § | Civil Action No. 4:21-CV-01774 |

## NOTICE OF APPEAL

All Plaintiffs hereby appeal, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Fifth Circuit, from the Order (Doc. 18) entered on June 12, 2021, by the United States District Court, Southern District of Texas, Houston Division, which dismissed this case.

Dated:  June 14, 2021

Respectfully submitted,

*/s/ Jared R. Woodfill*
Jared R. Woodfill
State Bar No. 00788715
Federal Bar No. 17069
WOODFILL LAW FIRM, P.C.
3 Riverway, Suite 750
Houston, Texas 77056
Tel: (713) 751-3080
Fax: (713) 751-3058
woodfillservice@gmail.com (service)
jwoodfill@woodfilllaw.com (non-service)
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on June 14, 2021.

**/s/ Jared R. Woodfill**
Jared R. Woodfill