UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jennifer Bridges, et al.

*versus*                                                        Case Number: 4:21–cv–01774
                                                                Judge Lynn N Hughes

The Houston Methodist Hospital, et al.

# NOTICE OF THE FILING OF AN APPEAL

An appeal has been filed by Rose Aldaya, Sandra Altamirano, Judith Andriko, Alison Antu, Mary Apacway, Dajuana Armstrong, Amber Baker, Edna Barrera, Debra Baugh, Latricia Blank, Amanda Blanton, James Borje, La ura Bowden, Jennifer Bridges, John Brockus, Katherine Brol, Arlin Cameron, Pierre Charland, Brian Clegg, Celina Clvir, Sherry Colbert, Joann Crump Creamer, Zoretta Curry, Lorri Curto, Julie De Torre, Madeline Dib, Sierra Dockray, Stephanie Dunlap, An a Escobar, Brenda Escobar, Teryn Essler, Monica Estrella, Brian Felgere, Rebekah Fontenot, Michelle Fuentes, Adriana Galvan, Darius Gardner, Ashton Hanley, Samantha Hanlon, Tara Hansen, Savannah Hanson, Stacy Hanzelka, Starla Haugenator, Ashley Heinr ich, Santana Henderson–Jones, Paul Herin, Shauna Herin, Jade Hernandez, Luz Hernandez, Stephanie Hilton, Jeffrey Hinton, Sharon Hollier, Joseph Hoyt, Walter Infantes, Shaylonda Jackson, Dana Janoch, Jason Jimenez, Amber Kimich, Carmen LaTorre, Gilber to Lara, Priscilla Lara, John Lasseigne, Angela Lavespere, Tatyana Lazarenko, Ashley Leon, Brooke Lighthall, Tammy Linkenhoker, Alexis Lopez, Bennie Lopez, Brandy Mann, James McCann, II, Generia McGraw, Elsa Mejia, Rogelio Mendez, Kim Mikeska, Norma Miller, Yolunda Milton, Ahmed Montgomery, Robert Morin, Cherri Mosley, Bob Nevens, Linda Pickard, Sara Pika, Christina Pineros, McKenli Pinkney, Theresa Porche, Jonae Powell, Cynthia Puente, Averi Reed, Kimberly Rensi, Pamela Robins, Janet Robison, S aul Rodriguez, Timothy Rosilez, Betty Samuel, Giovanni Savans, Leevetgra Seals, Maria Serrano, Kara Sheperd, James Smiley, Nicole Smith, Freenea Stewart, Cynthia Strauss, Katherine Sweitzer, Karene Tanner, Maria Trevino, Terah Trevino, Charles Vargne se, Randi Vincent, Mathea Volesky, Hunter Ward, Jennifer Warren, Victoria Webb, Alexandra Williams, Mona Wilson, Karen Witt, Latasha Woods, Laurica Wooten, Katie Yarber, Oscar Zamudio, Ricardo Zelante. The following appeal and related motions are pending in the District Court:

Notice of Appeal – #22

If the appellant fails to comply with the following requirements, then the Clerk of Court will submit a certificate of noncompliance to the Fifth Circuit Court of Appeals.

**FILING FEE:**
A filing fee is required to proceed on appeal. If the filing fee has not already been paid, then it must be paid or a motion to proceed *in forma pauperis* must be filed, unless appellant is an United States government agency.

**TRANSCRIPTS:**
If hearings were held in this case and the transcripts were not already produced, then transcripts must be ordered. Pursuant to FRAP 10(b)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal. Under Fifth Circuit Rule 10, the appellant's order of the transcript must be made on a DKT–13 Transcript Order

form. The DKT–13 must be filed regardless of whether there were hearings or transcripts needed. A link to the DKT–13 form and instructions for ordering transcripts are available on the court's website at www.txs.uscourts.gov/page/OrderingTranscripts.

If there were no hearings or no transcripts are needed, file the DKT–13 form with the appropriate box marked to indicate so. For cases where transcripts are needed, prepare a separate DKT–13 for each reporter from whom you are ordering transcripts. All transcripts for electronically recorded proceedings may be ordered on one form. Each form should indicate the exact dates of the proceedings to be transcribed by that reporter.

This case had hearings. Reporter(s): F. Warner.

**EXHIBITS:**
The Fifth Circuit requires exhibits admitted into evidence be included in the electronic record for transmission to the Fifth Circuit. Exhibits in the custody of the court will be electronically filed by court staff. Exhibits previously returned to the parties must be immediately electronically filed in this case by the attorney, using event Exhibits in the Trial Documents category in ECF.

Date: June 15, 2021.

Nathan Ochsner, Clerk