**TRANSCRIPT ORDER FORM (DKT 13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Southern District of Texas     District Court Docket No. 4:21-CV-1774

Short Case Title: Bridges, et al v. Houston Methodist Hospital et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Fred Warner

Date Notice of Appeal Filed in the District Court: 06/14/2021     Court of Appeals No. 21-20311

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding**.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 06/04/2021 | Hearing | Judge Lynn N Hughes |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☒ Other  arrangements made per email correspondence with F. Warner on 6/22

Signature: /s/ Jill Schumacher     Date Transcript Ordered: 06/24/2021
Print Name: Jill Schumacher     Phone: 713-917-0024
Counsel for: Plaintiffs-Appellants (Jennifer Bridges; Bob Nevens; Maria Trevino; Ricardo Zelante; Latricia Blank; et al,)
Address: 6363 Woodway Ste 700, Houston, TX 77057
Email of Attorney: jillian@dtlawyers.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
        ☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

Date _____ Signature of Reporter _____