United States Courts
Southern District of Texas
FILED
July 14, 2021
Nathan Ochsner, Clerk of Court

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 14, 2021

Ms. Lanie Smith
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8004
Houston, TX 77002

    No. 21-20311    Bridges v. Houston Methodist Hosp
                       USDC No. 4:21-CV-1774

Dear Ms. Smith,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Rachal*

                              By: _____
                              Christina C. Rachal, Deputy Clerk
                              504-310-7651

Enclosure(s)

cc:
    Mr. Nathan Ochsner
    Mr. Daniel F. Patton
    Ms. Constance Hankins Pfeiffer
    Ms. Jill Schumacher
    Mr. Michael W. Twomey
    Mr. Jared Ryker Woodfill V

District Court  Southern District of Texas                                   District Court Docket No. 4:21-CV-1774

Short Case Title  Bridges, et al v. Houston Methodist Hospital et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter  Lanie Smith

Date Notice of Appeal Filed in the District Court  06/14/2021                    Court of Appeals No. 21-20311

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:  ☐ Bail Hearing _____  ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 06/11/2021 | Motion Hearing | Judge Lynn N Hughes |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
■ Other  arrangements made per email correspondence with L. Smith on 6/21

Signature  /s/ Jill Schumacher                                         Date Transcript Ordered 06/24/2021

Print Name  Jill Schumacher                                            Phone  713-917-0024

Counsel for  Plaintiffs-Appellants (Jennifer Bridges; Bob Nevens; Maria Trevino; Ricardo Zelante; Latricia Blank; et al,)

Address  6363 Woodway Ste 700, Houston, TX 77057

Email of Attorney:  jillian@dtlawyers.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

            ☐ Other (Specify) _____

Date _____  Signature of Reporter _____  Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____          Actual Number of Volumes _____

Date _____  Signature of Reporter _____