United States Courts
Southern District of Texas
FILED
JUL 14 2021
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Chief Justice William Pryor Jr. | Clerk Nathan Ochsner | Judge Holly A Brady |
| Clerk David J. Smith | Marshal T. O'Connor | Clerk Gary T. Bell |
| Chief Judge Lee H. Rosenthal | Judge Loretta C. Biggs | Judge Charles B. Kornmann |
| Chief Justice Priscilla R. Owen | Judge Martha A. Vazquez | Judge Brian C. Buescher |
| Judge Lynn N. Hughes | Judge Damon R Leichty | |

July 8th, 2021

## Amicus

God opened a door to save Mankind and all of you slammed it shut. Remember that my gift to you cannot be returned. You now have the Scarlett Letter.

God will continue to give me miracles by opening doors.

Here is a true story. I had full knee replacement surgery in June in a hospital. I took every blood test, had an EKG, MRI, chest x-ray and a MRSA test. The CDC took my blood with a two-person security team. My personal doctor expressed her concern at the number of tests that I was taking. **I WAS NOT GIVEN A COVID19 TEST AND I WAS NOT TESTED FOR COVID19 ANTIBODIES.** Why? My blood has the cure. Review the following case and pleading:
- Case 1:20-cv-21108-UU Document 79 Entered on FLSD Docket 07/31/2020 Page 1 of 11.
- Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
- Motion for Leave to File Amicus 42 – My blood and the blood of 15,000 cadets and midshipmen who were at the Air Force Academy, Naval Academy (Annapolis), Coast Guard Academy and Military Academy (West Point) in the fall of 1980 have the Antidote (Anti-Virus) for COVID19/Katrina Viruses in their blood.

**The vaccination that we received was the first "Gain of Function" test that was conducted by our government.** If the vaccination had been given to the general population it would have had an 80% mortality rate. We were a control group. Read the pleadings.

Do you see the light? Our government is trying to correct the intentional mistakes that they made.

Something so simple as changing the narrative could have saved Mankind.

Judge Leichty committed the most heinous act by denying those young women at Indiana University the right to procreate. **He played God as have all of you.** How could you so easily discard the word "posterity" from the Preamble? We exist for God's children, not the computers and machines that you are turning us into so that your sunarcissistic needs are satisfied.

Forcing the U.S. Marshals, those that protect you, to get vaccinated is a huge mistake and to be honest, stupid.

When the one true God asks you about playing God what will you say?

This Amicus was filed in the following cases:

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez

Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

(On file)

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on July 8th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on July 8th, 2021.

(On File)

David Andrew Christenson