Case 4:21-cv-01774   Document 32   Filed on 08/10/21 in TXSD   Page 1 of 2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 10, 2021

United States Courts  
Southern District of Texas  
FILED

*August 10, 2021*

Nathan Ochsner, Clerk of Court

Ms. Jill Schumacher  
Daniels & Tredennick, P.L.L.C.  
6363 Woodway Drive  
Suite 700  
Houston, TX 77057

Mr. Jared Ryker Woodfill V  
Woodfill Law Firm  
3 Riverway  
Suite 750  
Houston, TX 77056

    No. 21-20311   Bridges v. Houston Methodist Hosp  
                    USDC No. 4:21-CV-1774

Dear Counsel,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on 8/25/2021. Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by 9/24/21, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

                            Sincerely,  
                            LYLE W. CAYCE, Clerk

                            By: /s/Lyle W. Cayce  
                            Lyle W. Cayce

cc:
    Mr. Nathan Ochsner
    Mr. Daniel F. Patton
    Ms. Constance Hankins Pfeiffer
    Mr. Michael W. Twomey
    Mr. Fred E. Warner