Case 4:21-cv-01774 Document 36 Filed on 09/29/21 in TXSD Page 1 of 3

United States Courts
Southern District of Texas
FILED
SEP 29 2021
Nathan Ochsner, Clerk of Court

Amicus 149 – September 24th, 2021 – Correction – **Further Analysis** – (Not Flynn, Lindell, or Trump.)

Neither Trump nor Biden will "*Insure Domestic Tranquility*" People vote their fear and ignorance.

### THE ENEMY IS US. THERE IS NO RECOVERY.

Is Jared Kushner, Israel/Mossad/, Taiwan and Ukraine funding and transporting the Haitians to Del Rio, Texas? Someone is funding the migration. They are tampering with the 2022 and 2024 elections.

**Our allies fear Biden. Russia does not fear Biden.** Israel/Mossad has zero confidence in Biden. (You might add NATO, Europe and especially France. Trump is missed.) Emperor Trump returns in 2024.

Original Letter September 23rd, 2021

Is Mike Lindell "The Pillow Guy", General Michael Flynn and the Russians funding and transporting the Haitians to Del Rio, Texas on behalf of President Donald Trump?

Before you decide if I am crazy, please review one pleading. Judge Lynn Nettleton Hughes, who arguably could be the worst judge in the Federal Judiciary or at least the most overturned, allowed my pleading (attached) to be entered into the docket and remain in the docket. My other pleadings were struck by Judge Hughes but remain in the docket. The odd part about the pleading is that I did not put the case number, 4:21-cv-1774, in the header, he did. Judge Hughes knows my feelings towards him.
Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton
Attached: Case 4:21-cv-01774 Document 33 Filed on 08/16/21 in TXSD Page 1 of 2

September 23rd, 2021

### MATHEMATICALLY MANKIND WILL CEASE TO EXIST IS THE NEXT FEW YEARS. MATHEMATICALLY SUICIDES WILL OUTNUMBER BIRTHS.

### MY FIRST JOB IS TO CHANGE THE NARRATIVE

### MY SECOND JOB IS TO REMOVE TRUMP AND BIDEN FROM THE NARRATIVE

### WE WOULD NOT BE IN THE PANDEMIC IF THE SUPREME COURT HAD ORDERED A RESPONSE TO MY WRIT 14-10077 MANDAMUS AND PROHIBITION.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, and Irving L Azoff. **Complete list of addressees is at the end of the letter.**

Reference: (Judge Sullivan has not closed Stevens from 2008 or Flynn from 2017. Judge Sullivan made it very clear that Flynn committed Treason.)
Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court
*Six years later the 11th Circuit allowed me to file the exact same Writ that I filed with the Supreme Court. They knew what they were doing. Review the docket.*
United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371 - USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142.
United States v. Stevens (1:08-cr-00231) District Court, District of Columbia Judge Emmet G. Sullivan
United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge Emmet G. Sullivan
U.S. Dominion v, My Pillow, Inc. (1:21-cv-00445) District Court, District of Columbia Judge Carl John Nichols
Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro - Case 1:20-cv-21108-UU Document 38 Entered on FLSD Docket 06/10/2020 Page 1 of 20 – Review the one hundred plus pleadings that Judge Ungaro allowed me to docket. Just read the narratives.
Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
*Chief Judge Lee Rosenthal, SDTX, docketed my pleadings in the following two cases and she was not the presiding judge nor was I a party. They actually continued to docket my pleadings after the cases were closed.*
Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton
Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. (Look at the last 7 out of 8 docket entries.)
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl (Review the docket. Judge Koeltl gave me one hell of a voice. He allowed me to docket the "Unabomber's" Manifesto.)

Zainab Naeem Ahmad, Stephen Pierce Anthony, Jocelyn S. Ballantine, Benjamin Leon Berwick, Jesse R Binnall, Andrew Manuel Crespo, Deborah A. Curtis, Scott M. Dinner, Eugene R. Fidell, Benjamin Michael Flowers, Abigail Frye, John Gleeson, Elaine J. Goldenberg, Brianne Jenna Gorod, Jeffrey T. Green, Deepak Gupta, John Edward Hall, W. William Hodes, Robert K. Kelner, Kenneth Clair Kohl, Stanley J. Marcuss, David Oscar Markus, Jonathan Standish Massey, Leslie McAdoo Gordon, Molly McCann, Lindsay R. McKasson, Hashim M. Mooppan, Jeremiah Lee Morgan, Jonathon Alden Moseley, Robert Jeffrey Olson, William Jeffrey Olson, Lorenzo J. Palomares, Kristy Parker, Sidney Powell, Lawrence Saul Robbins, Christopher S. Ross, William W. Taylor, III, Herbert W. Titus, P. Andrew Torrez, Brandon Lang Van Grack, Elizabeth Wydra, Gregory Arenson, Elisha Barron, Davida Brook, Florence Chen, Thomas A. Clare, Douglas A. Daniels, Brittany Fowler, Abraham S. Kaplan, Nathan Lewin, Ryan Malone, Megan Lambart Meier, Justin A. Nelson, Heath Novosad, Andrew D. Parker, Joseph Alan Pull, Dustin Andrew Pusch, Stephen Shackelford, Jr., Laranda Walker, and Elizabeth S. Wright.

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

United States Courts
Southern District of Texas
FILED

SEP 29 2021

Nathan Ochsner, Clerk of Court

PENSACOLA FL 325
25 SEP 2021 PM 2 L

Clerk Nathan Ochsner
U.S. Courthouse
515 Rusk St.
Houston, Texas 77002

77002-260099