# America has never been so vulnerable, and we did it to ourselves.

**AMICUS 153 – SEPTEMBER 29TH, 2021 – I am experiencing, firsthand, the "PERMANENT" reduction in medical services because of the COVID19 debacle (mandatory vaccines.) and retirements.**

**THERE IS NO RECOVERY.** (They are not even talking about this. The military and law enforcement are no longer desirable professions. Recruitment has become impossible. COVID19 Vaccines are an impact.)

**ANY TYPE OF FLU SEASON OR COVID19 MUTATION WILL EXACERBATE THE PROBLEM INTO AN APOCALYPTIC SCENARIO.**

[Readding: Judge Carl John Nichols (Dominion, Giuliani, Lindell, Powell & Capitol Rioters.) Judge Amy B. Jackson (Mueller cases: Manafort, Stone, etc.) Judge Emmet G. Sullivan (Flynn & Stevens), and Judge John G. Koeltl (DNC v. Trump and the Russians.).]

Doctors, nurses, and ancillary personnel are leaving the medical profession. Janitors, maintenance personnel, housekeepers, etc. are also leaving. Well-founded mistrust and fear are driving the train. The flu season and COVID19 mutation could start a true panic that will reverberate throughout our society. Deaths will skyrocket. We did it to ourselves.

My wife works for the largest "assisted living" corporation in the U.S., and they cannot do move ins because they are short staffed. Two job fairs have been held and no one showed up. Her facility is only half full. The corporation, which reports quarterly results, is losing a substantial amount of money with no sign of recovery. When do you think they will close the facility and displace the residents?

> ➤ The firing of critical personnel throughout the U.S. has started. We are going into a War with no soldiers and no chance of recruiting or drafting new soldiers. (The irreversible seeds are planted. The medical profession is no longer desirable as are law enforcement and the military.)

I cannot even make appointments to see Doctors. Offices are closed and being closed. Office hours are greatly reduced, and many have gone to three- and four-day work weeks. I have private health care and their directories for medical services are completely out of date. I went for an MRI last week at the local hospital and it was a ghost town. Services are not being provided because of a lack of personnel. Inane COVID19 protocols are also causing problems. I needed to see six specialists by the end of the year and that is not going to happen.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, **Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.**

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

United States Courts
Southern District of Texas
FILED

OCT 0 4 2021

Nathan Ochsner, Clerk of Court

# America has never been so vulnerable, and we did it to ourselves.

(Originally created on February 15th, 2020.)

God, Is there not one Justice John Marshall Harlan in the Federal Judiciary? Mankind needs just one.

| | | |
|---|---|---|
| Chief Judge Beryl A. Howell | Judge Tanya S. Chutkan | Judge Royce C. Lamberth |
| Judge Emmet G. Sullivan | Judge Randolph D. Moss | Judge Paul L. Friedman |
| Judge Colleen Kollar-Kotelly | Judge Amit P. Mehta | Judge Ellen S. Huvelle |
| Judge James E. Boasberg | Judge Timothy J. Kelly | Judge Reggie B. Walton |
| Judge Amy Berman Jackson | Judge Trevor N. McFadden | Judge John D. Bates |
| Judge Rudolph Contreras | Judge Dabney L. Friedrich | Judge Richard J. Leon |
| Judge Ketanji Brown Jackson | Judge Carl J. Nichols | Judge Rosemary M. Collyer |
| Judge Christopher R. Cooper | Judge Thomas F. Hogan | Clerk Angela Caesar |

You have destroyed Mankind by abrogating your Constitutional Obligations, thus injecting yourselves and the Judiciary into the political drama that has engulfed this country. Trump will direct the spotlight to the Judiciary and paint you as the enemy and to be honest he will be correct. The Flynn and Stone cases are only the beginning. History has written that the Judiciary has been subservient to the Executive Branch. (Somehow, I have to get your attention so I will be crude. You are now Trump's Bitches.) Arrogance, stupidity, cowardice, etc. will be the adjectives that Trump will use in describing you and to be honest he will be correct. Why won't you listen to me? Trump, Roberts, Pelosi, McCarthy, McConnell, Schumer, the other Demigods, etc. will ensure that the truth comes out. Americans will want to know why the Judiciary did not protect them.

You are committing suicide and you won't accept my lifeline. Go ahead and kill yourselves but I am begging you not to kill us. Stop protecting the Supreme Court. Stop protecting John Roberts. John Roberts is the perfect Manchurian Candidate and you know it.

## **CHANGE THE NARRATIVE**

Why has the Supreme Court never overturned Plessy v. Ferguson? On May 18, 1896, the Supreme Court issued a 7–1 decision against Plessy. Would there have been a War if the Supreme Court had ruled differently in the Dred Scott case?

*Everyone knows that the statute in question had its origin in the purpose, not so much to exclude white people from railroad cars occupied by blacks, as to exclude colored people from coaches occupied by or assigned to white persons. [...] The thing to accomplish was, under the guise of giving equal accommodation for whites and blacks, to compel the latter to keep to themselves while traveling in railroad passenger coaches. No one would be so wanting in candor as to assert the contrary.* Plessy, 163 U.S. at 557 (Harlan, J., dissenting).

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

Case 4:21-cv-01774 Document 37 Filed on 10/04/21 in TXSD Page 3 of 3

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

United States Courts 29 SEP 2021 PM 1 L
Southern District of Texas
FILED
OCT 04 2021
Nathan Ochsner, Clerk of Court

Clerk Nathan Ochsner
U.S. Courthouse
515 Rusk St.
Houston, Texas 77002

77002-260099