UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

October 05, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Jennifer Bridges, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-21-1774 |
| | § | |
| Houston Methodist Hospital, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Order to Strike

1.  Because the case is closed, and they were filed without the court's approval, David Andrew Christenson's amicus briefs are struck. (33)(36)

2.  No future amicus are to be filed in this case without this court's prior approval.

Signed on October **5**, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge